# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| DEBORAH B. SCARCE, ) | |
| ) | Case No. 4:05CV00042 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| K-MART CORPORATION, ) | |
| ) | By: **Jackson L. Kiser** |
| Defendant. ) | Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's case is hereby **DISMISSED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record. The clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

Entered this 7th day of April, 2006

s/Jackson L. Kiser
Senior United States District Judge

1